# United States District Court
# Western District of Wisconsin

2012 MAR 20 AM 9: 07

Jimmie L Joshua,
(Full name of plaintiff[s])

#465771,
(Prisoner I.D. Number)

Case No. 12 C 0186 BBC
(Provided by clerk of court)

Plaintiff(s),

v.

Michael meisner, Janel Nickels,

Don morgan Srgt-morris CAPT Keller co, caudillo co, Hogg)
(Full name of defendant[s])

Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **PLACE OF PRESENT CONFINEMENT** (Provide full address)

   A. Is there a grievance procedure in your prison/jail? YES ☑ NO ☐

   B. Have you filed a grievance concerning the facts relating to this complaint?
      YES ☑ NO ☐

   C. If you have used the grievance process:

      1. Describe what you did and the result, if any.
         I have file my administrative Process by exhausting my available administrative remedies stateing my clam.

      2. Is the grievance process completed? yes

   D. If you did not use the grievance process, explain why not.

II. **PARTIES**

A. Your name (Plaintiff) Jimmie L. Joshua

B. Prisoner I.D. Number #465771

C. Your address Columbia Corr. Inst / P.O. Box 900 / Portage WI 53901

(For additional plaintiffs provide the same information in the same format on a separate page.)

D. DEFENDANT (name) Michael Meisner

is employed as Warden

at Columbia Corr. Inst

E. Additional DEFENDANTS (names and positions):
Janel Nickels, Dan Morgan, Srgt. Morris, Capt. Keller
(Security director) (Unit manger of DS2) Investigator / Investigator → B
Co. Caudillio, Co. Hagg                          (adjustment committie
                                                  officer)

III. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?   YES ☐   NO ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C. If your answer is YES to either of the above questions, provide the following requested information.

   1. Parties to the previous lawsuit

   Plaintiff(s): _____

   Defendant(s): _____

2. Date filed _____

3. Court where case filed (if federal court, name district; if state court, name the county) _____

4. Case number and citation _____

5. Basic claim made _____

6. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

7. If resolved, date of disposition _____

8. If resolved, state whether for _____
(Plaintiff or Defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV. STATEMENT OF CLAIM

A. State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Jimmie Joshua is a midly retarded Prisoner and since on may to July 16 ppingof 2011 had been complaining to CCI officials that he was being threcten be other Prisoner that other Prisoners were takeing his canteen and Personal Property as well as verbal abuse, and because Inmate Joshua was unalbe, or too afraid to name his tormentors CCI officials failed to action his many complaints which lead to the incident on July 16, 2011 in DS2 seg" when one of his exploitors

Complaint Under the Civil Rights Act

**STATEMENT OF CLAIM continued**

beat him for talking to staff which were Capt. Keller & Sgt morris on DS2 on date 7/14/2011 before mr. Joshua was attacked by his cellmate which happen 2 days after both capt. keller & Sgt morris Interview mr. Joshua about his money and how much are on his account and sending, 3 major concren's that Inmates know about this Information and Exorted threatin Joshua before. This attack did cause Joshua Physical and emotional harm on the day of 7/16/2011. This attack could have been averted, if the doc. Employees which are michael meisner, Warder, Janel Nickel, Security director, captain morgan unit manger for DS2, Captain keller, & Segt. morris the Investigation department. Captain keller/also Adjustment committee officer Co. Caudillo, cottage wouldnt ignored his repeated requsets for help this attack would of never happen. But Instead of offering help they ar Trying to cover it up by writeing a ticket stateing the attack on Joshua is Stage. These Doc Employees foil to Protect a mentally Ill Inmate by not keeping or placeing him in a B. criminal inmate cell.

State briefly your legal theory or cite appropriate authority.

The Doc/CCI Employees was and is in violation of my constitutional right under state and federal law. This notice Includes those officeals known and unknown who violated his rights Violations: 8th amendment cruel and unusual Punishment under us. const. and article 1, Section 6 under Wisconsin const. and 14th amendment equal Protection of the laws under us. const.. and Procedural due Process. know Violators see cited names above.

V.   **RELIEF YOU REQUEST**

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about.

INJuction

1. To be Placed in a state mental Institution where are other mentally Ili Prisoners are housed for mental illness to serve their time. ~~[redacted]~~ a cell thats single. 2. that each of the named respondents, Pay the claimant in the amount of $250,000 Per to state law for said Violation of constitation rights. 3. ~~[redacted]~~ Grant the claimant a Jury trail. 4. But, in the Interest of Justic and to save tax Payer dollars, the claiment will accept a reasonable offer from the attorney General office for an out of court settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this **16** day of **march**, 20**12**.

Signature of Plaintiff(s)

*Jimmie L Joshua*

(If there are multiple plaintiffs, each must sign the complaint)

Prisoner I.D. Number(s) **#465771**